MOSES ANDERSON, as Committee, etc., of BENJAMIN ANDERSON, an Incompetent Person, Respondent, v. ELIZABETH SNELL, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the incompetent was free from contributory negligence was against the weight of the evidence. All concur, except Edgcomb and Lewis, JJ., who dissent and vote for affirmance. (The judgment was for damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

STELLA WISNIEWSKI, Appellant, v. MIKE MYKYTYN, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to recover for injuries caused by eating bread containing foreign matter. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JOSEPH SKERMONT, an Infant under the Age of Fourteen Years, by STANLEY SKERMONT, His Guardian ad Litem, Respondent, v. ELEANOR CENTOLA, Appellant.— Order affirmed, with costs. All concur. (The order sets aside a verdict as inadequate in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WINIFRED G. WARNE, Respondent, v. LINCOLN STORES, INCORPORATED, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, upon the ground that the defendant has not been shown guilty of negligence. All concur. (The judgment was for damages for personal injuries sustained by tripping on stairs. The order denied motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANTHONY RODRIGUES, an Infant, by MANUEL RODRIGUES, His Guardian ad Litem, Appellant, v. HARRY F. LEVINE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Thompson, J., who dissents and votes for reversal on the facts and for granting the motion. (The order denies a motion for a new trial in an automobile negligence case.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RAYMOND P. FOWLER, Respondent, v. PHILIP M. KING, Appellant.— Order reversed on the facts, without costs, and motion granted in part. All concur. (The order denied a motion for a bill of particulars in an action to recover a loan.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. LOTTIE BRITTON, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out certain paragraphs of appellant's answer in an action to recover upon a promissory note.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

NELLIE BRENNAN, Individually and as Administratrix, etc., of MARTIN J. BRENNAN, Respondent, v. BENJAMIN FICK, Appellant.— Orders affirmed, with ten dollars costs and disbursements as to each order. All concur. (One order denies a motion to dismiss the complaint and the other order grants the motion to restore the cause to the calendar.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.